PER CURIAM.
We find no error in the evidentiary ruling complained of, the upward sentencing departure, Brown v. State, 611 So.2d 540 (Fla. 3d DCA 1992), review denied, 621 So.2d 1065 (Fla.1993); Barnes v. State, 597 So.2d 931 (Fla. 3d DCA 1992), review denied, 605 So.2d 1262 (Fla.1992); Hams v. State, 531 So.2d 1349 (Fla.1988); Moreira v. State, 500 So.2d 343 (Fla. 3d DCA 1987); § 921.001(7), Fla. Stat. (1993), or the imposition of consecutive minimum mandatory terms. State v. Thomas, 487 So .2d 1043 (Fla.1986).
Affirmed.